**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00939-CV

**SHIN JAE-HO, Appellant**

**V.**

**AMERICAN BUREAU OF SHIPPING, Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2018-73842**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed October 15, 2018. On December 18, 2018, appellant filed a motion to withdraw his notice of appeal and dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.